1  Mark D. Poniatowski, Esq. (#123405)
   Kimberly F. Leding, Esq. (#233618)
2  LAW OFFICES OF MARK D. PONIATOWSKI
3  PROFESSIONAL CORPORATION
   2811 Castro Valley Blvd., Suite 208
4  Castro Valley, California 94546
   Telephone:  (510) 881-8700
5  Facsimile:  (510) 881-8702

6
   Attorneys for Plaintiff Caterpillar Financial
7  Services Corporation, a Delaware corporation

8                     UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATERPILLAR FINANCIAL SERVICES CORPORATION, a Delaware corporation,<br><br>          Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE DRUG ENFORCEMENT ADMINISTRATION, a federal agency,<br><br>          Defendants.<br>_____/ | CASE NO. CV 09-2867 EMC<br><br>REQUEST TO RESET CASE MANAGEMENT CONFERENCE  ; ORDER<br><br>CMC Date: September 30, 2009<br>Time:        1:30 p.m.<br>Magistrate Edward M. Chen |

    Plaintiff Caterpillar Financial Services Corporation, a Delaware corporation ("Plaintiff") hereby requests that the Case Management Conference set for September 30, 2009 at 1:30 p.m. before the Honorable Edward M. Chen be reset to October 21, 2009 at 1:30 p.m.  The parties to this action have reached a settlement that resolves this case in its entirety.  The Settlement Agreement is being circulated for signature and is expected to be submitted to the Court within two weeks.

DATED:  September 17, 2009              LAW OFFICES OF MARK D. PONIATOWSKI
                                        PROFESSIONAL CORPORATION


                                             */s/Mark D. Poniatowski*
                                        MARK D. PONIATOWSKI
                                        Attorneys for Caterpillar Financial Services
                                        Corporation, a Delaware Corporation

LAW OFFICES OF
*Mark D. Poniatowski*
PROFESSIONAL CORPORATION
2811 CASTRO VALLEY BLVD.
SUITE 208
CASTRO VALLEY, CA 94546

REQUEST TO RESET CASE MANAGEMENT CONFERENCE                           Page -1-

1   IT IS SO ORDERED that the Case Management Conference is reset from
2   9/30/09 to 10/21/09 at 1:30 p.m.
3
4   _____
    Edward M. Chen
5   U.S. Magistrate Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

LAW OFFICES OF
*Mark D. Poniatowski*
PROFESSIONAL CORPORATION
2811 CASTRO VALLEY BLVD.
SUITE 208
CASTRO VALLEY, CA 94546