1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5      450 Golden Gate Avenue
       San Francisco, CA 94102
6      Telephone:  415.436.6857
       Facsimile:  415.436.6748
7      Email: patricia.kenney@usdoj.gov

8  Attorneys for the United States of America

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12  CATERPILLAR FINANCIAL SERVICES        )        No. 09-CV-2867 EMC
    CORPORATION, A DELAWARE               )
13  CORPORATION),                         )
                                          )        STIPULATION AND ORDER
14                    Plaintiff,          )        (1) JOINING ISSUE; (2) SETTLING
                                          )        THIS CASE ON THE MERITS; AND
15          v.                            )        (3) DISMISSING IT
                                          )
16  UNITED STATES DEPARTMENT  OF JUSTICE  )
    DRUG ENFORCEMENT ADMINISTRATION,      )
17  A FEDERAL AGENCY,                     )
                                          )
18                    Defendant.          )
                                          )
19  ─────────────────────────────────────)

20          The parties, through their undersigned counsel, stipulate and agree as follows:

21          1.      The plaintiff is Caterpillar Financial Services Corporation, a Delaware

22  Corporation ("Caterpillar Finance"), and the defendant is United States Department of Justice

23  Drug Enforcement Administration ("DEA").  Plaintiff Caterpillar Finance and defendant DEA

24  are referred to as the "Parties" in this document which is hereinafter referred to as the

25  "Settlement Agreement."

26          2.      For purposes of this Settlement Agreement only, defendant DEA agrees to accept

27  service of process and the Parties agree to join issue on the basis that plaintiff Caterpillar

28  Financial had a lien on one Caterpillar Model 420E Backhoe Loader, Serial Number HLS02110

1  ("Caterpillar Backhoe") at the time when defendant DEA seized and administratively forfeited
2  the Caterpillar Backhoe.

3         3.     After full and open discussion, the Parties agree to resolve any and all claims
4  against defendant DEA, including but not limited to any claims arising out of Caterpillar
5  Finance's request to grant administrative remission and DEA's response to that claim, as well as
6  any claims against any and all past and present officials, employees and agents of the DEA,
7  arising out of the facts alleged the Complaint filed by plaintiff Caterpillar Finance on or about
8  June 25, 2009 or out of facts which could have been alleged pertaining to the seizure and
9  administrative forfeiture of the Caterpillar Backhoe.

10         4.     The Parties agree that the resolution of the lawsuit is based solely on the terms
11  stated in this Settlement Agreement.  It is expressly understood that this Settlement Agreement
12  has been freely and voluntarily entered into by the Parties.  The Parties further agree that there
13  are no express or implied terms or conditions of settlement, whether oral or written, other than
14  those set forth in this Settlement Agreement.  This Settlement Agreement shall not be modified
15  or supplemented except in writing signed by the Parties.  The Parties have entered into this
16  Settlement Agreement in lieu of continued protracted litigation and district court adjudication.

17         5.     The Parties further agree that this Settlement Agreement does not constitute
18  precedent on any legal issue for any purpose whatsoever, including all administrative
19  proceedings and any lawsuits.

20         6.     The Parties agree that plaintiff Caterpillar Finance releases and discharges the
21  United States, as well as any past and present officials, employees, agents, attorneys, their
22  successors and assigns, as well as any state and local law enforcement officers, from any and all
23  obligations, damages, liabilities and demands of any kind and nature whatsoever, whether
24  suspected or unsuspected, at law or in equity, known or unknown, arising out of the allegations
25  set forth in plaintiff Caterpillar Finance's Complaint, the seizure, the administrative forfeiture of
26  the Caterpillar Backhoe, Caterpillar Finance's request to grant administrative remission and
27  DEA's response to that claim.

28

Stipulated Settlement
Agreement & Dismissal
No. 09-CV-2867 EMC         2

1        7.      In order to resolve this case without the expense of protracted litigation, the

2   Parties agree that defendant DEA will pay plaintiff Caterpillar Finance the net proceeds of the

3   sale of the Caterpillar Backhoe which it administratively forfeited less the costs of that sale

4   which amounts to $44,934.34.  The Caterpillar Backhoe was sold for $50,000 and the costs

5   deducted totaled $5,065.66 which included $149.16 for advertising; $213.00 for towing, $753.50

6   for storage and the cost of the sale to the United States Marshals Service was $3,950.  The Parties

7   agree that the check for $44,934.34 shall be made payable to both plaintiff Caterpillar Finance

8   and plaintiff's counsel, Mark D. Poniatowaski, Law Offices of Mark D. Poniatowski,

9   Professional Corporation, 2811 Castro Valley Boulevard, Suite 208, Castro Valley, California

10  94546.  Such payment shall be in full settlement and satisfaction of any and all claims that

11  plaintiff Caterpillar Finance, its representatives and assignees, asserted or could have asserted

12  against defendant DEA, including but not limited to any claims arising out of Caterpillar

13  Finance's request to grant administrative remission and DEA's response to that claim.  The check

14  shall be ready for pickup within 14 days of the date that the Court enters this stipulation as an

15  order.

16       8.      Plaintiff Caterpillar Finance and defendant DEA agree that each party shall pay its

17  own attorneys' fees and costs.

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

Stipulated Settlement
Agreement & Dismissal
No. 09-CV-2867 EMC          3

1        9.    Based on the foregoing Settlement Agreement between the Parties, the Parties

2    agree that, subject to the Court's approval, this action be and hereby is DISMISSED.

3    IT IS SO STIPULATED:        JOSEPH P. RUSSONIELLO
                                  United States Attorney

4

5    Dated: _9/17_ , 2009
                                  PATRICIA J. KENNEY

6                                      Assistant United States Attorney
                                  Attorneys for the United States

7                                      LAW OFFICES OF MARK D. PONIATOWSKI
                                  PROFESSIONAL CORPORATION

8
    Dated: _9/17_ , 2009

9                                      MARK D. PONIATOWSKI
                                  Attorney for Caterpillar Financial Services Corporation

10

11

12                                      SHARLENE PIERCE
                                  SPECIAL ACCOUNTS REPRESENTATIVE
                                  CATERPILLAR FINANCIAL SERVICES CORP.

13                                      Telephone: 615.341.1225

14

15        I, Sharlene Pierce, Special Accounts Representative, Caterpillar Financial Services

16    Corporation, 2120 West End Avenue, Nashville, Tennessee 37203, declare under penalty of

17    perjury pursuant to 28 U.S.C. § 1746 that I am authorized by plaintiff Caterpillar Financial

18    Services Corporation to enter in to this Settlement Agreement on behalf of plaintiff.  Executed in

19    Nashville, Tennessee, on this _____ day of September, 2009.

20                                      SHARLENE PIERCE

21

22        PURSUANT TO THE FOREGOING SETTLEMENT AGREEMENT, IT IS SO

23    ORDERED ON THIS _____ OF _____, 2009, AND IT IS FURTHER ORDERED

24    THAT THE INSTANT CASE BE, AND HEREBY IS, DISMISSED.

25

26                                      HONORABLE EDWARD M. CHEN

27                                      United States Magistrate Judge

28

Stipulated Settlement
Agreement & Dismissal
No. 09-CV-2867 EMC             4

1    9.    Based on the foregoing Settlement Agreement between the Parties, the Parties

2    agree that, subject to the Court's approval, this action be and hereby is DISMISSED.

3    IT IS SO STIPULATED:              JOSEPH P. RUSSONIELLO
                                       United States Attorney
4
     Dated: _____, 2009
5                                      PATRICIA J. KENNEY
                                       Assistant United States Attorney
6                                      Attorneys for the United States

7                                      LAW OFFICES OF MARK D. PONIATOWSKI
                                       PROFESSIONAL CORPORATION
8
     Dated: _____, 2009
9                                      MARK D. PONIATOWSKI
                                       Attorney for Caterpillar Financial Services Corporation
10

11                                     SHARLENE PIERCE

12                                     SPECIAL ACCOUNTS REPRESENTATIVE
                                       CATERPILLAR FINANCIAL SERVICES CORP.
13                                     Telephone: 615.341.1225

14
          I, Sharlene Pierce, Special Accounts Representative, Caterpillar Financial Services
15
     Corporation, 2120 West End Avenue, Nashville, Tennessee 37203, declare under penalty of
16
     perjury pursuant to 28 U.S.C. § 1746 that I am authorized by plaintiff Caterpillar Financial
17
     Services Corporation to enter in to this Settlement Agreement on behalf of plaintiff. Executed in
18
     Nashville, Tennessee, on this _17_ day of September, 2009.
19
20                                     SHARLENE PIERCE

21

22        PURSUANT TO THE FOREGOING SETTLEMENT AGREEMENT, IT IS SO

23   ORDERED ON THIS _28th_ OF _September_, 2009, AND IT IS FURTHER ORDERED

24   THAT THE INSTANT CASE BE, AND HEREBY IS, DISMISSED.

25

26
                                       HONORABLE EDWARD M. CHEN
27                                     United States Magistrate Judge

28

     Stipulated Settlement
     Agreement & Dismissal
     No. 09-CV-2867 EMC                          4